# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAULIO HERNANDEZ CARI, | Case No. 1:26-cv-02267-JLT-EPG-HC |
| Petitioner, | ORDER MODIFYING BRIEFING SCHEDULE AND REINSTATING PREVIOUS DEADLINES |
| v. | |
| CHRISTOPHER CHESTNUT, et al., | |
| Respondents. | |

Petitioner, represented by counsel, is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On March 26, 2026, the undersigned set a briefing schedule, with Respondents' response to the petition due within fourteen days. (ECF No. 7.) On March 31, 2026, Petitioner filed a motion for temporary restraining order ("TRO"). (ECF No. 8.) On April 1, 2026, the assigned district judge denied the motion for TRO as untimely and set a briefing schedule, "which may be modified by the magistrate judge as needed," with a responsive pleading due within twenty-one days and a traverse due within seven days after Respondents' response. (ECF No. 9.)

///

///

///

///

The undersigned will modify the district judge's briefing schedule and reinstate the previous deadlines as set forth in the March 26, 2026 order.

IT IS SO ORDERED.

Dated:   **April 1, 2026**

/s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE